UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODERICK DENNIS GIBSON,

    Petitioner,

Case No. 16-cv-13549
Hon. Matthew F. Leitman

v.

RANDALL HAAS,

    Respondent.

_____/

## **JUDGMENT**

In accordance with the Court's Opinion and Order dated April 18, 2018,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent and against Petitioner.

                                      DAVID J. WEAVER
                                      CLERK OF COURT

                            By:    s/Holly A. Monda
                                      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: April 18, 2018
Flint, Michigan

1